UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

------------------------------------------------------------x

ORDER
04-MD-01596 (JBW)

Jack B. Weinstein, Senior United States District Judge:

Members of the Plaintiffs' Steering Committee ("PSC") and other plaintiffs' attorneys and Eli

Lilly and Co. ("Lilly") reached an agreement in principle to settle a significant number of Zyprexa

personal injury cases pursuant to a June 8, 2005 Memorandum of Understanding. *See* Order of June

30, 2005. Special Settlement Masters were appointed to assist the parties in effectuating the

settlement. *See id.* The Final Settlement Protocol was approved. *See* Order if November 22, 2005. A

substantial sum was deposited as an escrow fund. *See* Order of August 16, 2005.

It is now almost one year since the date of the original Memorandum of Understanding, and six

months since the Final Settlement Proposal was approved. Some 99% of participating plaintiffs—

representing 8,028 individuals—have reportedly tendered releases to counsel for Lilly. *See* letter of

Christopher A. Seeger dated May 17, 2006. It is the court's understanding that the settlement has not

yet been fully ratified and none of the settlement proceeds have been distributed to any of the more

than 8,000 individuals who are participating in the settlement. The delay appears to be due in large

part to the failure of participating attorneys to provide proper papers to the Settlement Masters.

1



It is time for the settlement to be fully effectuated and the settlement funds to be distributed.

At 3:00 PM on Thursday, June 1, 2006 in Courtroom 10B South at 225 Cadman Plaza East, Brooklyn, New York, the court will meet with counsel and such Special Masters as wish to attend to discuss the status of the individual cases and methods of expediting closure.

The agenda is:

1.    Report of Special Master Kenneth R. Feinberg.

2.    Report of Special Master Peter Woodin.

3.    Report of Melvin Weiss on the activities of the PSC.

4.    Comments, requests, and suggestions of Lilly.

5.    Comments, requests, and suggestions of any plaintiff counsel who wishes to be heard.

6.    Rulings of court on adjustments to membership in the PSC.

7.    Any other matters any person wishes to bring to the court's attention.

All plaintiff counsel participating in the settlement shall direct their full efforts to meeting promptly all of their remaining obligations under the settlement.

SO ORDERED.

Jack B. Weinstein

Dated: May 24, 2006
       Brooklyn, New York

2